IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 DEC 16 PM 2:
U.S. ...
N.D. OF ALABAM

| | | |
|---|---|---|
| FRANKLIN IRVIN, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 01-S-2399-NE |
| DAVID J. WISE, et al., | ) | |
| Defendants. | ) | |

ENTERED
DEC 16 2002
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 13, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted, under 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 16th day of December, 2002.

_____
UNITED STATES DISTRICT JUDGE

12